J-S77018-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| OTIS DESANUEL MITCHELL, | |
| Appellee | No. 73 EDA 2014 |

Appeal from the Judgment of Sentence entered December 12, 2013,
in the Court of Common Pleas of Montgomery County,
Criminal Division, at No(s): CP-46-CR-0009576-2012

BEFORE:  STABILE, JENKINS, and STRASSBURGER*, JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.: **FILED FEBRUARY 02, 2015**

I agree with the Majority that Appellant's substantive arguments do not warrant relief.  However, I write separately because I am troubled by the Majority's draconian application of Pa.R.A.P. 1925(b).  The Majority's overly strict interpretation of the Rule in this instance elevates form over substance. The record reflects that Appellant filed (albeit prematurely) a one-page concise statement with the Montgomery County Clerk of Courts. Neither the fact that his statement was included in an envelope with another petition, nor the inclusion of a single certificate of service, changes the fact that Appellant substantially complied with the mandates of the Rule.[1,2]

---

* Retired Senior Judge assigned to the Superior Court.

[1] I disagree with the Majority's attempt to discredit the validity of Appellant's certificate of service based on the address listed therein considering the

J-S77018-14

Given these circumstances, Appellant should not be forced to re-comply with the Rule to avoid waiver, nor should his previous compliance be negated. Accordingly, I respectfully concur.

---

Montgomery County Courts website lists P.O. Box 311, Norristown, PA 19404 as the mailing address for the Clerk of Courts, all of the county's judges, and the Office of the District Attorney. **See** Montgomery County, Pennsylvania Official Website, http://www.montcopa.org/index.aspx?NID=1396 and http://www.montcopa.org/Directory.aspx?did=55 (accessed January 7, 2015).